**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| GABINO MORA-RIOS,<br><br>Plaintiff,<br><br>v.<br><br>PILOT TRAVEL CENTERS LLC d/b/a PILOT TRAVEL CENTER,<br><br>Defendants. | Case No. 3:26-CV-00296-ART-CLB<br><br>**ORDER DENYING STIPULATION TO AMEND COMPLAINT**<br><br>[ECF No. 14] |

On September 14, 2026, the parties filed a stipulation titled "Stipulation and Order for Plaintiff to Amend his Complaint to Name Leisure Gaming, LLC as a Defendant." (ECF No. 14.) The stipulation states that a copy of the First Amended Complaint was attached, however, there is no attachment. Accordingly, the Court **DENIES** the parties' stipulation, (ECF No. 14), with leave to refile with the First Amended Complaint attached.

**IT IS SO ORDERED**.

**DATED**: September 16, 2026.

**UNITED STATES MAGISTRATE JUDGE**