GREGORY A. KRAEMER
Nevada Bar No. 010911
**MORGAN & MORGAN**
6725 Via Austi Parkway, Suite 275
Las Vegas, NV 89119
P: (725) 765-3281
F: (689) 285-6860
gkraemer@forthepeople.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**STATE OF NEVADA**

| | |
|---|---|
| GABINO MORA−RIOS,<br><br>Plaintiff,<br><br>v.<br><br>PILOT TRAVEL CENTERS LLC dba PILOT TRAVEL CENTER, a Foreign Limited-Liability Company; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>Defendants. | CASE: 3:26-cv-00296-ART-CLB<br><br>**ORDER GRANTING STIPULATION FOR PLAINTIFF TO AMEND HIS COMPLAINT TO NAME LEISURE GAMING, LLC AS A DEFENDANT** |

Plaintiff seeks to amend his Complaint to name LEISURE GAMING, LLC as a named Defendant.

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES hereto, by and through their counsel of record, that Plaintiff be allowed to amend his Complaint to name LEISURE GAMING, LLC. as a Defendant. A copy of the proposed First Amended Complaint is attached hereto.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DATED: September 16, 2026

MORGAN & MORGAN

/s/ Gregory A. Kraemer, Esq.
GREGORY KRAEMER, ESQ.
Nevada Bar No. 10911
400 S. 4th St., Ste. 500
Las Vegas, Nevada 89101
Attorneys for Plaintiff

DATED: September 16, 2026

McDONALD CARANO LLP

/s/ Karyna M. Pome'e, Esq.
Karyna M. Pome'e
Nevada Bar No. 16044
100 W. Liberty Street, Tenth Floor
Reno, Nevada 89501
Attorneys for Defendant

IT IS HEREBY ORDERED that pursuant to FRCP Rule 15(a)(2) Plaintiff be allowed to amend his Complaint as stated above.

UNITED STATES MAGISTRATE JUDGE

DATE: September 17, 2026

Submitted by:

MORGAN & MORGAN

/s/Gregory A. Kraemer, Esq.
GREGORY A. KRAEMER
Nevada Bar No. 010911
6725 Via Austi Parkway-Suite 275
Las Vegas, NV 89119
(725) 725-3281
gkraemer@forthepeople.com
Attorney for Plaintiff