GREGORY A. KRAEMER, ESQ.
Nevada Bar No. 010911
**MORGAN & MORGAN**
6725 Via Austi Parkway, Suite 275
Las Vegas, NV 89119
P: (725) 765-3281
F: (689) 285-6860
gkraemer@forthepeople.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**STATE OF NEVADA**

GABINO MORA-RIOS, an individual,

Plaintiff,

vs.

PILOT TRAVEL CENTERS LLC dba PILOT TRAVEL CENTER, a Foreign Limited-Liability Company; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive,

Defendants.

Case No. 3:26-cv-00296-ART-CLB

**ORDER GRANTING STIPULATION TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER**

Plaintiff Gabino Mora-Rios ("Plaintiff") and Defendant Pilot Travel Centers LLC d/b/a Pilot Travel Center ("Pilot"), by and through their respective counsel of record, respectfully submit this Stipulation and Order to Extend Discovery Plan and Scheduling Order (Second Request) pursuant to LR IA 6-1 and LR 26-3, and state as follows:

**I. PROCEDURAL HISTORY**

1. Plaintiff filed this action in the Fourth Judicial District Court, Elko County, Nevada, on March 17, 2026.
2. On April 23, 2026, Pilot removed this action to the United States District Court for the District of Nevada. Pilot filed its Answer on April 30, 2026.
3. The Court entered the Discovery Plan and Scheduling Order on June 16, 2026. [ECF No.

11.]

4. On July 24, 2026, the Court granted the parties' first stipulation to extend discovery deadlines. [ECF Nos. 12, 13.]
5. On September 17, 2026, the Court granted Plaintiff leave to amend the Complaint to name Leisure Gaming, LLC as a defendant. [ECF No. 17.]
6. Plaintiff filed the First Amended Complaint on September 23, 2026, naming Leisure Gaming, LLC as a defendant. [ECF No. 18.]
7. A summons for Leisure Gaming, LLC issued on October 13, 2026. [ECF No. 24.]

## II. DISCOVERY COMPLETED TO DATE

1. Plaintiff and Pilot have exchanged initial disclosures and written discovery. Plaintiff has served written discovery on Pilot, and Pilot has served written discovery on Plaintiff.
2. Plaintiff has served supplemental disclosures and Pilot has served supplemental discovery responses.
3. Plaintiff has noticed the depositions of Pilot employee witnesses Ian Ibach and Andrew Salazar, as well as Pilot's Rule 30(b)(6) representative.
4. Pilot has noticed the deposition of Plaintiff.

## III. DISCOVERY REMAINING TO COMPLETE

1. Discovery remaining includes, but is not limited to:

a. Initial disclosures and written discovery involving Leisure Gaming, LLC;

b. Discovery concerning Leisure Gaming, LLC's ownership, operation, maintenance, inspection, and control of the casino area and the transition area at issue;

c. Depositions of Plaintiff, Pilot's Rule 30(b)(6) representative, Pilot employee witnesses, Leisure Gaming, LLC's Rule 30(b)(6) representative, and any additional percipient witnesses;

d. Any necessary supplemental written discovery;

e. Expert disclosures and expert depositions; and

f. Any discovery reasonably necessary to evaluate and prepare the parties' claims, defenses, dispositive motions, and trial presentations.

## IV. GOOD CAUSE FOR EXTENSION

1. Good cause exists to extend the remaining deadlines by ninety (90) days. Since the Court's first extension, Plaintiff has been permitted to amend the Complaint to add Leisure Gaming, LLC as a defendant. Leisure Gaming, LLC is alleged to have owned, operated, maintained, controlled, and/or occupied a portion of the premises implicated by Plaintiff's claims.
2. The addition of Leisure Gaming, LLC necessitates time for that defendant to respond to the operative pleading, make disclosures, participate in written discovery, and prepare for and participate in fact-witness and Rule 30(b)(6) depositions.
3. The Stipulating Parties also require additional time to complete the pending fact discovery and to ensure that expert disclosures and expert discovery are based on a complete factual record that includes discovery from the newly named defendant.
4. This request is made in good faith, is not sought for purposes of delay, and will not prejudice any party. No trial date has been set.
5. This is the parties' second request to extend the remaining deadlines in this matter.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## V. PROPOSED DISCOVERY SCHEDULE

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Discovery | December 28, 2026 | March 29, 2027 |
| Initial Expert Disclosures | October 27, 2026[1] | January 25, 2027 |
| Rebuttal Expert Disclosures | December 1, 2026 | March 1, 2027 |
| Dispositive Motions | January 19, 2027 | April 19, 2027 |
| Joint Pretrial Order, Disclosures, and Objections (if no dispositive motion is filed)[2] | March 1, 2027 | June 1, 2027 |

MORGAN & MORGAN

*/s/ Gregory A. Kraemer, Esq.*
GREGORY KRAEMER, ESQ.
Nevada Bar No. 10911
6725 Via Austi Parkway-Suite 275
Las Vegas, Nevada 89119
Attorneys for Plaintiff

MCDONALD CARANO LLP

/s/ Karyna M. Pome'e, Esq.
Karyna M. Pome'e
Nevada Bar No. 16044
2300 West Sahara Avenue-Suite 1200
Las Vegas, NV 89102
Attorneys for Defendants

IT IS SO ORDERED.

DATED this 26th day of October, 2026.

UNITED STATES MAGISTRATE JUDGE

[1] This is the only existing deadline the parties seek to extend within 21 days, which therefore requires a showing of good cause under LR 26-3. The parties submit that good cause exists to extend this deadline for the same reasons set forth herein, but particularly because deposition testimony could lead to information pertinent to adding parties and/or amending the complaint.

[2] Pursuant to LR 26-1(b)(5), if dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.