Anthony R. Ager, Esq.
Nevada Bar No.: 7969
aager@sklar-law.com
Sklar Williams PLLC
410 S. Rampart Blvd. Suite 350
Las Vegas, NV 89145
Telephone: (702) 360-6000
Fax: (702) 360-0000
*Attorney for Defendant*
*Leisure Gaming, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GABINO MORA-RIOS,<br><br>Plaintiff,<br><br>vs.<br><br>PILOT TRAVEL CENTERS LLC dba PILOT TRAVEL CENTER, a Foreign Limited-Liability Company; LEISURE GAMING, LLC, Domestic Limited-Liability Company; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive | Case No. 3:26-cv-00296-ART-CLB<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO FIRST AMENDED COMPLAINT** |

Plaintiff GABINO MORA-RIOS ("Plaintiff"), by and through his counsel of record, the law firm of Morgan & Morgan; Defendant PILOT TRAVEL CENTERS LLC dba PILOT TRAVEL CENTER ("Pilot"), by and through its counsel of record, the law firm of McDonald Carano LLP; and Defendant LEISURE GAMING, LLC ("Leisure Gaming"), by and through its counsel of record, the law firm of Sklar Williams PLLC, hereby stipulate and agree to the following:

1. Plaintiff filed his First Amended Complaint [ECF No. 18] on September 23, 2026.

2. The current deadline for Leisure Gaming to respond to Plaintiff's First Amended Complaint is November 10, 2026.

3. The parties hereby stipulate and agree that the deadline for Leasure Gaming to answer or respond to the Counterclaims shall be extended by fourteen (14) days, until November 24, 2026.

/ / /

4. This is the first request for an extension of this deadline. The request is also being made prior to the deadline for Leisure Gaming to file the response to Plaintiff's First Amended Complaint.

5. There is good cause for the extension because counsel for Leisure Gaming was recently engaged and requires additional time to conduct an investigation before answering or otherwise responding.

6. Nothing contained herein shall be deemed an admission or waiver of any right belonging to any party hereto.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, the parties hereby stipulate and respectfully request that the Court enter an Order extending the time for Leisure Gaming to answer or otherwise respond to Plaintiff's First Amended Complaint up to and including November 24, 2026.

IT IS SO STIPULATED.

**SKLAR WILLIAMS PLLC**

By: /s/ Anthony R. Ager
Anthony R. Ager, Esq.
Nevada Bar No. 7969
410 S. Rampart Blvd., Suite 350
Las Vegas, NV 89145
Tel: (702) 360-6000
Email: aager@sklar-law.com

*Attorneys for Defendant*
*Leisure Gaming, LLC*

**MORGAN & MORGAN**

By: /s/ Gregory A Kraemer
Gregory A. Kraemer, Esq.
Nevada Bar No. 10911
6725 Via Austi Parkway, Suite 275
Las Vegas, NV 89119
Tel: (725) 765-3281
Email: gkraemer@forthepeople.com

*Attorney for Plaintiff*
*Gabino Mora-Rios*

**McDONALD CARANO LLP**

By: /s/ Chelsea Latino
Chelsea Latino, Esq.
Nevada Bar No. 14227
100 W. Liberty Street, Tenth Floor
Reno, NV 89501
Tel: (775) 788-2000
Email: clatino@mcdonaldcarano.com

*Attorneys for Defendant*
*Pilot Travel Centers LLC dba Pilot Travel Center*

**ORDER**

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: November 9, 2026.